# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 19, 2024

### NO. 03-22-00167-CV

**417 N Comanche Street, LLC, Appellant**

**v.**

**Executor of the Estate of Stephen M. Haug, Deceased; Pointe San Marcos Partners, L.P.; and Skyline Southwest Builders, Inc., Appellees**

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, SMITH AND JONES
REVERSED AND RENDERED IN PART, REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE JONES**

This is an appeal from the order signed by the trial court on March 4, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, we reverse the trial court's summary judgment in Appellees' favor and grant partial summary judgment for Appellant. We render judgment that 417 N Comanche Street, LLC is, as a matter of law, entitled to recover from Appellees default interest as well as attorney's fees and collection costs as permitted by the terms of the loan documents and relevant statutes. We remand this cause to the trial court to calculate these amounts and to determine any remaining issues in the case. Appellees shall pay all costs of appeal, both in this Court and in the court below.